AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

HILTON DOMESTIC OPERATING COMPANY INC.,
HILTON GRAND VACATIONS COMPANY, LLC, and
HILTON INTERNATIONAL HOLDING, LLC,

*Plaintiff(s)*

v.

CORPORATE TIMESHARE NETWORK, LLC,

*Defendant(s)*

Civil Action No. 6:17-CV-781-ORL-18-TBS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CORPORATE TIMESHARE NETWORK, LLC
Nofal Dawahra, Registered Agent
2315 Midtown Terrace
Suite 1416
Orlando, Florida 32839

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R. Eric Bilik
Kimberly T. Mydock
McGuireWoods LLP
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/3/17

*Signature of Clerk or Deputy Clerk*