UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HILTON DOMESTIC OPERATING
COMPANY INC., HILTON GRAND
VACATIONS COMPANY, LLC. and
HILTON INTERNATIONAL HOLDING
LLC,

    Plaintiffs,

v.                                                           Case No:   6:17-cv-781-Orl-18TBS

CORPORATE TIMESHARE NETWORK,
LLC,

    Defendant.

## ORDER

This case comes before the Court without oral argument on Plaintiffs' Motion for Enlargement of Time to Effect Substituted Service of Process Due to Defendant's Efforts to Avoid Service (Doc. 12). The motion demonstrates both diligence in attempting to serve Defendant Corporate Timeshare Network, LLC, and that Defendant may be avoiding service (Id.). This constitutes good cause to enlarge the time for service of process on Defendant. Accordingly, the motion is **GRANTED**. Plaintiff have through August 29, 2017 to serve process on Defendant.

**DONE** and **ORDERED** in Orlando, Florida on July 28, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties